No. 96–6839. Almendarez-Torres *v.* United States, 523 U. S. 224 and 530 U. S. 1299. Motion for leave to file second petition for rehearing denied.

No. 04–6911. Burns *v.* United States, 543 U. S. 1011. Motion for leave to file petition for rehearing denied.

## April 20, 2005

No. 04–9632 (04A876). Benefiel *v.* Davis, Warden. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Certiorari denied.